BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5470
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. MORENO <br> xxx-xx-7067 <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SSA <br><br> Defendant. | Case No.  19-2085 EFB <br><br> ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file his summary judgment motion is hereby extended from March 6, 2020, to April 3, 2020, with all other deadlines adjusted accordingly.

DATED: March 9, 2020

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

1