BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5470
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE L. MORENO<br>xxx-xx-7067<br><br>           **Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   19-2085 EFB<br><br>~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file his summary judgment motion is hereby extended from to April 24, 2020, with all other deadlines adjusted accordingly.

DATED: April 21, 2020.

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

1