McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. MORENO,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:19-cv-02085-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 26, 2020 to June 25, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time to ascertain whether additional briefing is required.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file ~~a response~~ his cross-motion for summary judgment and opposition to Plaintiff's motion on or before June 25, 2020; and
- Plaintiff may file a reply brief within twenty one (21) days after service of Defendant's response, on or before July 17, 2020.

Respectfully submitted,

Dated: May 19, 2020

*/s/ \*Bess Brewer*
(*as authorized via e-mail on 5/18/20)
BESS BREWER
Attorney for Plaintiff

Dated: May 19, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  May 20, 2020.

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge