BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
bess.m.brewer@gmail.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. MORENO<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA,<br><br>Defendant. | Case No.  2:19-CV-2085 EFB<br><br>**~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

### PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees and expenses in the amount of SIX THOUSAND FOUR HUNDRED SEVENTY-FIVE DOLLARS AND ZERO CENTS (**$6,475.00**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  June 5, 2020

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE